# SEALED

## UNITED STATES DISTRICT COURT
### for the

_____ District of _____

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
|  | ) | Case No. |
|  | ) | 1264-BW |
|  | ) | |
|  | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

**FILED**

**December 23, 2025**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the

_____ District of _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.



_____
*Complainant's signature*

_____
*Printed name and title*

Agent sworn and signature confirmed in my presence pursuant to Fed. R. Crim. P. 4.1

Date:  December 23, 2025          _____
                                  *Judge's signature*

City and state:  _____          _____
                                                   *Printed name and title*

## AFFIDAVIT IN SUPPORT
## OF CRIMINAL COMPLAINT

I, Daniel Schorfheide, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") duly appointed and acting according to law. I have been employed as an FBI Special Agent since July 2022. I have been assigned to the Dallas Division of the FBI, where I have served on the Joint Terrorism Task Force ("JTTF"), which is a joint federal, state, and local task force assigned to investigate violations of federal law committed by domestic and international terrorist actors. During my career as a Special Agent of the FBI, I have received specialized training and instruction in the field of investigation in counterterrorism and national security. I have conducted, coordinated, and participated in numerous investigations relating to terrorism-related crimes. I have also participated in the execution of numerous search and arrest warrants conducted by the FBI. I have also received experience relating to federal criminal procedure and federal statutes.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. Because this affidavit is submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause that a violation of 18 U.S.C. § 2339B (attempting to provide material support and resources to

**Affidavit—Page 1 of 28**

designated foreign terrorist organizations) has been committed by John Michael Garza Jr. ("Garza").

## PROBABLE CAUSE

### *ISIS*

3.    On or about October 15, 2004, the U.S. Secretary of State (the "Secretary") designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist ("SDGT") under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary amended the designation of AQI as an FTO under Section 219 of the INA and as a SDGT entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (i.e., "ISIS" - which is how this FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO and SDGT listings: Islamic State, ISIL, and ISIS. On March 22, 2019, the Secretary further added the following aliases to the FTO and SDGT listings: Amaq News Agency, Al Hayat Media Center, Al-Hayat Media Center, and Al Hayat. To date, ISIS remains a designated FTO.

*Facts Specific to This Case*

4.      John Michael Garza Jr. ("Garza") is the subject of an FBI national security investigation and is being investigated for crimes relating to international terrorism, to include providing material support or resources to an FTO, in violation of 18 U.S.C. § 2339B.

5.      Beginning in or around October 2025, the FBI Dallas Division received reporting from the New York Police Department ("NYPD") regarding Garza's online communications with an employee of NYPD, who was acting in an undercover ("UC") capacity online ("UC-1").

6.      More specifically, on or about October 12, 2025, UC-1 began directly engaging with the Instagram account "yes.no20.10" on Instagram after UC-1 observed that the account followed several pro-ISIS Instagram accounts and wrote a comment on a pro-ISIS post.

7.      I know from my training and experience that pro-ISIS propaganda, media, and other online content is often shared on social media platforms such as Instagram. Further, I know that it is common for those working on behalf of, or seeking to provide support to, ISIS follow and interact with social media accounts that produce pro-ISIS content because that content is aligned with, and supports and confirms, their ideological beliefs.

8.      On or about October 13, 2025, during an Instagram direct-message conversation with UC-1, the user of the Instagram account described himself as a 21-

year-old Mexican-American living in Texas and shared that his email address was jr19garza@gmail.com. The FBI independently confirmed these facts and also confirmed that Garza is a U.S. citizen by birth.

9.      According to information provided by Meta, the Instagram account was registered on March 5, 2025, and the associated telephone number was 1-214-842-3926. According to information provided by AT&T, the user of telephone number 1-214-842-3926 is "John M Garza."  According to information provided by Google, the subscriber of jr19garza@gmail.com is "John Garza." According to his Texas driver's license, Garza's listed address is 902 W. Avenue D, Midlothian, Texas, 76065 ("Midlothian Residence"), in the Dallas Division of the Northern District of Texas.  Based on observations by FBI surveillance personnel, I believe Garza primarily resides at the Midlothian Residence.

10.     According to Texas Workforce Commission records, Garza made approximately $8,000 per quarter working for First Restoration Inc., where Garza's father also worked.

11.     On or about October 13, 2025, and after some initial introductory conversation regarding their respective ethnicities, UC-1 stated that he reached out to Garza because he noticed that Garza "had mutual brothers in common," and that Garza had commented on a post that UC-1 "loved."  Later in the conversation, UC-1 asked Garza, "how is brother love dawal [*sic*] is in that location" … "Alhamdullah a lot of brothers in every location" … "You can't stop haqq."  Garza replied, "Yes, Al Haqq is

always gonna be here as well." I know from my training and experience that Haqq is an Arabic word meaning "truth," "right," or "reality."

12.     During that same conversation, Garza stated to UC-1 that he once had a Telegram account but that the account got "shut down." Additionally, UC-1 asked Garza for when he started on "manhaj." "Manhaj," an Arabic word for "path," is commonly understood to mean a systematic method of upholding a belief system. In the context of ISIS ideology, an individual's "starting of manhaj" refers to the time at which an individual began to subscribe to the ISIS ideology. In response to this question, Garza replied, "Maybe 2 year ago." Garza also replied, "If the whole world knew Al haqq [black heart emoji]. Jihad is the way."

13.     When UC-1 asked Garza why Garza thought jihad is the way, Garza replied, "Our brothers who fought and gave their lives and they gave everything up for Allah, just to be with him is better than being here wallahi it's beautiful" … "The whole world is going against our brothers we still stand firm and strong because of Allah."

14.     On or about October 14, 2025, UC-1 suggested that Garza and UC-1 should move their conversation to WhatsApp. When Garza registered an account on WhatsApp, he registered using the same telephone number: 1-214-842-3926.

15.     On or about October 14, 2025, Garza sent UC-1 multiple official ISIS media releases, including one depicting a suicide bombing. A screenshot of the media release is included below:



16.    Based on my training and experience, I know that ISIS media releases typically refer to propaganda disseminated by the Islamic State. These media releases typically contain extreme violence and are often difficult to obtain by ordinary means. Further, I know that it is common for those working on behalf of or seeking to provide support to ISIS to share ISIS media releases and other propaganda with like-minded individuals to show their support for ISIS and inspire others for radicalization and mobilization.

17.    On or about October 16, 2025, Garza wrote, "I will always support khilafa." Based on my training and experience, I know that ISIS expressed a stated goal of establishing a "khilafah" or caliphate, which I understand refers to a worldwide Islamic state. Garza added, "Sometimes I tear up watching the martyrdom operations of our brothers but they will be in paradise with Allah." Garza also sent UC-1 more official ISIS media releases. Screenshots are included below:







18.    On or about October 17, 2025, Garza wrote, "One day we will unite under flag of jihad and be way stronger than before بإذن الله تعالى [with god's permission]" and that he had "a lot of support here for jihad." Garza further wrote that he preferred "to be in paradise when you are young" rather than "growing old and being lost." Garza also sent another official ISIS media release. A screenshot is included below:



19.    On or about October 19, 2025, Garza wrote that "jihad will remain until the day of judgment" and that he "would 100 percent be happy to die for the cause of Allah." Garza also defended the general perception of ISIS in the U.S. by saying, "The media says so many lies about Islamic state kills for no reason and blah blah blah but they have reasons, the group will always remain and there's nothing the world can do about because Allah is sufficient for them and they fight for the cause of Allah."

20.    On or about October 19, 2025, UC-1 asked Garza if he knew anyone else in America who supported ISIS. Garza answered, "I have more brothers with me" and he described them as "supporters of the dawla." Based on my training and experience, I

understand Dawla, an Arabic word meaning "State," to be an alias for ISIS.

21.     On that same day, Garza shared the below photo of his "setup," which he described was located at his home, including a desktop computer displaying the logo of Ajnad, an ISIS media outlet. FBI knows from surveillance that Garza's primary residence is the Midlothian Residence, and that Garza occasionally stays overnight at 1603 Tyler Ave., Euless, Texas, 76040 ("Euless Residence").  Garza previously indicated to UC-1 that he frequently listens to nasheeds (songs) from the Ajnad foundation.



22.     On or about October 20, 2025, Garza wrote, "Sharia is beautiful." He added, "Allah is sufficient for me brother I'm happy and I have good job for me but in this dunya it's not for us we belong to be with Allah in paradise." He asked UC-1 if he wanted to be a "shahid," and Garza commented that, "Only for Allah I will die." Based on my training and experience, I understand shaheed is an Arabic word meaning "martyr."

23.    On or about October 21, 2025, Garza made comments suggesting that he was aware that law enforcement officers sometimes used online personas that portrayed themselves as those working on behalf of or seeking to provide support to ISIS. Garza wrote, "I'm afraid to talk to any other brothers" … "I don't wanna get caught by the fakes" … "So I just talk to you akhi" … "The brothers I told you that were here I'm still not sure about them either" … "I have to be careful."

24.    On or about October 22, 2025, Garza stated, "I was crying a little last night watching some of our brothers videos" and then referred to himself and UC-1 as "mujahideen." Based on my training and experience, I know that the Arabic word "mujahid," and its plural "mujahideen," are Arabic words referring to "those who struggle" or "holy warriors," and refer to individuals who engage in this type of violence.

25.    On or about October 23, 2025, Garza offered to send money to UC-1 after UC-1 discussed a recent shopping trip he made to purchase clothing items. Specifically, Garza stated, "Akhi I could send you some money." Relevant screenshots from the conversation are included below. The UC's statements are in green and Garza's statements are in white:

[ *nothing further on this page* ]





I went shop with some of the brothers. I needed new thobs and vests  6:45 AM

Hopefully you ok akhi  10:07 AM

You making me worry Wallahi  12:48 PM



Wa alaykum as salam akhi aziz ❤️ sorry I couldn't respond I was working on too many things everybody was calling my name so I couldn't pick up my phone to respond to you brother  12:56 PM

I'm completely ok alhamdulillah  12:56 PM

📷 Photo

Wow so many things Mashalla ❤️❤️  12:58 PM



📷 Photo

Is that were you always shop  12:59 PM

I wannt to got a vect like those  1:02 PM

Did goos shoping today now I am happy with new stuff I get  2:04 PM





26.     "Jazak Allah" is an Arabic phrase used by Muslims as a deep expression of gratitude, meaning "May Allah reward you with goodness." "Wallahi" is an Arabic phrase meaning "I swear by God," used to add strong emphasis.

27.     On or about November 5, 2025, Garza again offered to send money to UC-1 after UC-1 described the current state of UC-1's equipment. More specifically, Garza wrote, "Like I say brother I am willing to send to you some money brother soon for you brother" … "Or some equipment." Relevant screenshots from the conversation are included below. The UC's statements are in green and Garza's statements are in white:

> A lot of brothers were here so a lot of physical training for them but no so much target beucse other stuff is expensive and big brother wants to save as much as we can for operations and mission. Our equipment is not the best because they not cheap for us to get. Unfortunately, we work with what we have for now. Inshllah things get better akhi.    9:54 AM

Oh wow you have a lot of physical training because you need to be strong strong brother alhamduillah    9:59 AM

Yes Train with what you have even if you have very little it's still good to do    10:00 AM

For operations? Are you nervous a little for the operations coming    10:01 AM

Yea I can imagine how much good equipment you will need to do this operations    10:02 AM

Soon in sha Allah get better    10:03 AM

> **Jt**
> For operations? Are you nervous a little for the operations coming
>
> Wallahi akhi never nervous alhmadllah. Just say Inshllah the equipment work or Inshallh we get better equipment    10:33 AM
>
> ❤️

> Everything we get has to be smuggled and  they not very cheap. The big brother Allah give him strength and power does his best with connections he built.    10:36 AM

**Jt**
Everything we get has to be smuggled and  they not very cheap. The big brother Allah give him strength and power does his best with connections he built.

Ya allah much much much love for the big brother may Allah make it a little easier for him through his hardships beautiful brother doing what's right    10:43 AM

❤️

Like I say brother I am willing to send to you some money brother soon for you brother    10:45 AM

Or some equipment    10:45 AM

by allahs permission    10:46 AM

28.    Throughout the conversation, UC-1 provided details about himself to Garza that portrayed UC-1's persona as an ISIS fighter in Iraq. For example, UC-1 told Garza that he was located in both Baghdad and Mosul and was with other "brothers" from different countries. UC-1 made several mentions related to his work, such as that he had

to protect his location for security reasons, that he took shifts providing physical security, and that he was going away for training with other brothers. On November 7, 2025, UC-1 asked Garza why he wants "to support the Islamic state if he knows in America we are considered a terrace [sic] group." The use of the word "we" in his question suggests that UC-1 is a member of ISIS, an FTO. Based on my training and experience, the conversation collectively indicates that Garza believes UC-1 to be an ISIS fighter and that the financial support Garza offered to provide was going to support ISIS.

29.    On or about November 7, 2025, when asked by UC-1 why Garza supports the Islamic State knowing that ISIS is considered a terrorist group in the United States, Garza replied, "Over here in America they call you terrorist and America thinks Islamic state kills just to kill and the Islamic state does what they do with no reason at all they do everything for the sake of Allah kill for the sake of Allah love for the sake of Allah and they don't know anything about wala wa bara America just thinks because y'all are Muslims Yall are terrorist and to commit you had only for the sake of Allah in the news media a bunch of liars that's all it is" … "And to commit jihad only for the sake of Allah" … "America just lies with the news and everything about the Islamic state" … "The Islamic state is so strong that they need the whole entire world to go against it" … "That's what Allah does makes Islamic state strong. If you have allah you have everything that's why it's so strong" … "Islamic state is the most beautiful thing in the beautiful soldiers of Allah, so brave American soldier fight for the government, but the Mujahid fight for Allah."

30.    On or about November 7, 2025, Garza made additional comments to UC-1 concerning jihad. That is, Garza stated, "And fighting for Allah, for the sake of Allah is the most important thing ever" … "I came to realize this two years ago" … "Jihad will be forever until the day of judgment Brother" … "Allah instructed us to commit jihad for the sake of him."

31.    On or about November 13, 2025, Garza shared a video depicting a suicide vehicle bombing and added the comments, "My dream akhi." A screenshot is included below:



32.    On or about November 14, 2025, in response to the bombing video sent by Garza, UC-1 wrote, "Really brother I did not know that wallahi" … "I know you want to help and support and all that but I didn't know you actually this committed and dream of doing this." Garza responded, "Yes brother I always dreamed of this" … "I know it will

be quick death." UC-1 asked Garza if he would really want to do that, and also what effect it may have on his parents. Garza responded, "But on the other side is nothing compared to this dunya" … "I would never disobey my beautiful parents but if its for the sake of Allah and nothing else and to commit jihad then I will." Garza continued, "I want paradise from this brother and killing the enemies of Allah while being a quick death is beautiful." UC-1 asked Garza how serious he was, and Garza responded, "I'm very serious brother" … "Allah knows my intentions" … "I know talking about something and actually doing something are very different things" … "In aware of this."

33.    On or about November 14, 2025, Garza wrote, "I was thinking about making that flag of dawla in my room but I better not" … "My house will be raided by FBI."

34.    On or about November 14, 2025, UC-1 asked Garza what his goal was, and Garza responded, "I like to give my life up to commit jihad fight for the cause of Allah and mujahid and maybe it will never happen but I will always support with the most love I have from the west to you and the brothers" … "Islamic state is doing what is right I believe in my whole heart" … "Until I die" … "You think Muhammad was a coward no he fought fisabilliah so we follow the dawla" … "And to blow up as many enemies as I can for his sake even if it cost me my life."

35.    On or about November 19, 2025, Garza told UC-1, "Jihad will always be here" … "I'm going to make the flag and put it on my car and drive by the police" … "Haha I'm just playing brother hahaha."

36.      On or about November 20, 2025, UC-1 told Garza that he finally obtained a crypto wallet address so that Garza could now safely send money. UC-1 advised that he could share the wallet address with Garza if he was still interested in providing financial support. Garza responded by asking UC-1, "how can I send this money" and "what do I need to do." UC-1 responded that he needed to obtain a crypto wallet, and Garza responded, "ok I will try this."

37.      On or about November 20, 2025, UC-1 asked Garza how much money he could send. Garza replied that he could send $50 for now, but he would send additional money in the future.

38.      On or about November 20, 2025, Garza advised UC-1 that he created a Coinbase account.

39.      On or about November 22, 2025, Garza sent a payment of approximately $20 in Bitcoin to a wallet provided by UC-1.

40.      Garza maintains a bank account at First Convenience Bank, which is a division of First National Bank of Texas.  Garza's First Convenience Bank records corroborate the November 22 payment.  More specifically, Garza's bank records show a $20 payment to MoonPay on November 22, 2025, and a $20 purchase to BITPAY on November 23, 2025.

41.      On or about November 22, 2025, UC-1 confirmed with Garza that the money was received. Garza asked, "Can you cash it in brother to buy new weapons akhi." UC-1 responded by sending a photograph of three rifles that the money would go towards

purchasing. Garza wrote, "That look nicccee" … "So Beautiful looking" … "The strong guns." He then added, "I will send more money soon akhi." A screenshot of the firearms is included below:



42.    In the days following the first transaction, Garza pledged to send more money. On or about November 25, 2025, Garza wrote, "I will send more money akhi soon." Later on the same day, Garza wrote, "Akhi I will be sending more money brother" … "I will send 30 this time for you akhi aziz."

43.    On or about November 25, 2025, after UC-1 mentioned that other brothers with him recently purchased some explosives, Garza wrote, "I can make a sharpenel

explosive" … "From watching the video of Al Raqqah" … "I can buy all the materials" … "It's all simple ingredients" … "You need." UC-1 asked Garza to clarify if he meant making an explosive, or teaching how to make an explosive. Garza replied, "I don't know how to do it step by step but I can watch the video" … "Yes I can re watch the video to see what things I need" … "I never made one before" … "I can follow step by step what the brother does." UC-1 then asked Garza how he would get the components, and Garza replied, "It's regular simple ingredients like baking powder, carbon dioxide some water and you can grind up a match to make it into a powder too some batteries" … "So no one will think anything of it." Garza later added, "When you make it, it can react to heat and pressure" … "It will explode if you use to much force" … "So you have to be very very gentle."

44.    On or about November 27, 2025, Garza wrote, "I will make so many bombs akhi and put them in my car packed with Bombs and try to kill as many kuffar police akhi as Allah commanded" … "I'm my dreams akhi" … "No fear anyone except the one and only Allah aza wal jal." Based on my training and experience, I understand "kuffar" is an Arabic word meaning "disbelievers." Approximately three days prior to his comments about a car bombing attack, FBI surveillance personnel observed Garza purchasing a gray Honda Civic sedan and driving the vehicle to his residence. The FBI determined that the vehicle is registered to Garza.

45.     On or about December 1, 2025, Garza wrote, "Akhi I will see if I can send some money on Thursday or fridsy" … "So you can get more stuff for you and the brothers."

46.     On or about December 4, 2025, Garza sent an additional payment of approximately $20 in Bitcoin to a wallet provided by UC-1.

47.     On or about December 5, 2025, UC-1 referenced Garza's previous comments regarding making explosive devices and asked Garza if he would be willing to provide explosive components to a "brother" in the U.S. and teach him how to make an explosive device. Garza replied, "I've never made the bomb before but you can make it with simple ingredients" … "I just don't want to make it then it explodes on me hahahaha." UC-1 added that the brother would take the components and make the explosive device himself. Garza replied, "Yea I could buy the ingredients."

48.     After introducing the question to Garza, UC-1 asked Garza if he would be able to watch the instructional video, buy the components, give the components to the brother, and teach the brother how to make the explosive device. Garza wrote, "Ok akhi give me some time because you know how it is over here with police" … "I will buy the ingredients" … "I have to be very very very careful" … "I don't wanna get caught" … "Yes akhi let me check the video of what I need then I will buy the stuff" … "In sha Allah."

49.     On or about December 5, 2025, Garza asked UC-1 for descriptive details about the brother he would meet with. UC-1 told him, "He also from dawla alhamdullah"

… "He is with Islamic state long time." Garza wrote, "Yeaaa I'm a little scared to akhi I'm not gonna lie like what if he is fake and a cop." Based on the description of the brother provided by UC-1 and Garza's response, I believe Garza understood the brother to be a member of ISIS, and therefore anything he would provide to the brother would go to support ISIS.

50.     On or about December 5, 2025, UC-1 told Garza, "I never akhi want you to feel you have to do anything Wallahi" … "Only what is in the heart" … "Ans you are my brother even if you decide you don't want too I still see you as good brother for me." Garza replied, "I know akhi thank you but if big brother what's this to happen then we should make it happen" … "I will let you know when I'm ready with everything."

51.     On or about December 5, 2025, Garza wrote, "It's this video akhi" … "I'm going to try to get all the ingredients he says to get" … "I keep forgetting I'm not making it" … "The other brother will hahaha" … "Maybe I can give him the ingredients then I send him the video on how to make it." Garza then sent UC-1 a video of an ISIS member providing instructions on how to build an explosive device. A screenshot is included below:

*[ nothing further on this page ]*



52.     On or about December 6, 2025, UC-1 instructed Garza to "not ever do anything or give help or anything if it's not from the heart or you not sure about." Garza acknowledged that he understood what UC-1 was saying. UC-1 added, "You not obligated to do anything that you don't want akhi I want make sure you know that." Garza replied, "I know akhi I know I'm not obligated to do this but jihad is the greatest of all deeds."

53.     On or about December 8, 2025, UC-1 asked Garza what materials he had acquired so far. Garza replied, "I have the stuff to make the detonator akhi to explode it but not the explosive yet" … "And I can also use cut nails to fill it with" … "So when it explodes the nails will go everywhere" … "I will focus on getting the ingredients to make the explosive now" … "I have to get the ingredients from separate stores because if I don't I will look suspicious" … "A lot of security check the bags."

54.     On or about December 9, 2025, Garza sent an image of a list of explosive components. Garza wrote, "All the things I need" … "I have the first 8 ingredients akhi." A screenshot is included below:



Undercover Operation[1]

55.     Following their conversation on December 5, 2025 (*infra* ¶ 50), Garza and UC-1 arranged an in-person meeting between Garza and an American "brother" (hereinafter "UC-2"), to whom Garza intended to transfer bomb-making material that Garza told UC-1 he had collected.  Garza and UC-2 then arranged that Garza and UC-2 would meet at a park in Dallas, Texas on or about December 22, 2025, at 2:00PM. As

---

[1] The below-captured information includes summaries of electronic communications that were exchanged between Garza and undercover agents which are not verbatim quotes or transcripts.

discussed below, Garza and UC-1 maintained conversation leading up to the December

22 meet, as summarized generally below.

56.     On or about Thursday, December 18, 2025, Garza messaged UC-1 that the

day was getting closer to meet the "brother," and that he was excited to finally meet a

brother with the same beliefs as him.  Garza followed up this message with a video of

ISIS, and then said that "lions" are the protectors of the religion.  Garza told UC-1 that he

was almost done with the detonator and sent a photo of the item he called a detonator to

UC-1.  Garza then said that he needed to grab some more materials before the meet.

57.     Garza and UC-1 maintained communication through the weekend.  On or

about Monday, December 22, 2025, Garza told UC-1 that he needed to explain how to

assemble the explosive very well to the "brother" so that the brother did not blow himself

up.  On or about the same date, Garza also told UC-2 that he had to go to different

locations to obtain the items that he would bring to the meet.

58.     On or about Monday, December 22, 2025 at approximately 2:00PM, Garza

called UC-2 and explained that he could not meet UC-2 at that time because there was a

guest at his mother's house and Garza could not leave.  Garza requested to UC-2 that the

meet be pushed until approximately 4PM.  At or around the same time, Garza messaged

UC-1 and explained that he did not think he could meet UC-2 right now because he had

guests with him.

59.     Later that same day, Garza spoke to UC-2 again.  He explained that he had

three different items with him, including acetone, hydrogen peroxide, and sulfuric acid,

and that Garza would be going to stop somewhere to get a fourth item. Garza asked UC-2 if the meet could be changed to a later time and a different park in Dallas, Texas. UC-2 agreed. Garza also told UC-1 that the "brother" (meaning UC-2) was annoyed because they had not met up yet but that he was still planning to meet UC-2.

60.    Before Garza left the Euless Residence, UC-2 explained that he needed to depart the agreed meeting location, but that another "brother," (hereinafter "UC-3"), would meet Garza at the meeting location. At approximately 7:30PM, law enforcement determined that Garza had moved from the Euless Residence to a location near a Walmart in Arlington, Texas. Garza remained at this location for a short period of time.

61.    Shortly thereafter, at approximately 8:00PM, Garza arrived at the location where he had agreed with UC-2 that he would meet UC-3. UC-3, a certified FBI undercover, met Garza at UC-3's vehicle. Garza and UC-3 exchanged introductory remarks, including "green bird," which is the phrase that Garza and UC-2 had predetermined would be the code word, or signal, that Garza had found the correct person. Garza subsequently handed a bottle of acetone, hydrogen peroxide, and sulfuric acid to UC-3, who deposited the items into the UC vehicle. As Garza handed the items to UC-3, Garza explained that he had brought hydrogen peroxide, and sulfuric acid, and what he understood to be nail polish remover. He explained that UC-3 could mix the items together and that they would form a white powder within 24 to 48 hours. Garza also explained that UC-3 could surround the powder with nails from Home Depot. Garza offered to send an instructional video to UC-3 which would explain how to build the bomb. UC-3 thanked

Garza for the materials and said, "Inshallah, I hope it makes a great effect." Garza then departed the meet location. Before he was later arrested, Garza did in fact send UC-3 such an instructional video.

62.     At approximately 8:08PM, Garza sent UC-1 a voice memo explaining that he had just dropped off the "stuff" with the "brother." Garza later messaged UC-1 that UC-3 was "very nice," that Garza had given UC-3 the stuff, and that he should have taken a picture with UC-3.

63.     At approximately 8:40PM, Garza was taken into custody at the Midlothian Residence.

### Search of Midlothian Residence

64.     On or about December 22, 2025, at approximately 9:10PM, FBI executed a search warrant at the Midlothian Residence. In Garza's room, which he shared with his grandfather, law enforcement located a device that appears to be the one Garza had described to UC-1 as the detonator.

### Interview of Garza

65.     Following Garza's arrest, law enforcement conducted of interview of Garza. After reading Garza his *Miranda* rights, Garza agreed to talk to law enforcement. Garza told law enforcement that his phone number was 1-214-842-3926 and that he had a custom-built computer which he uses to watch YouTube videos of computer construction. Garza told the FBI that he had an Instagram with a username he could not remember, but was probably "John something something." Garza said he had the

account for about a year.  Garza also said that he had a WhatsApp account which he used to talk to a "friend."

66.     Garza described the "friend" on WhatsApp as an individual who he met approximately two months ago from Instagram.  Garza said that this friend worked in construction, and that Garza and this friend talk about sports and watch fight club videos together.  He could not recall the name of the friend; Garza called the friend "brother."

67.     Garza told FBI that, earlier in the evening, he possessed hydrogen peroxide and sulfuric acid.  Regarding the hydrogen peroxide, Garza said that the chemical was used for wounds.  Garza said that he intended to use the sulfuric acid for drains and pipes. He also said that he purchased the sulfuric acid from Walmart earlier in the evening and, speaking with the cashier, asked if he needed to show identification to purchase the chemical.

68.     When asked about the device which I believe Garza had previously described to UC-1 as a detonator, Garza told law enforcement that the device was made of a sheet of aluminum used from a juice can, tape, and a pen.  Garza described the device as a scooper used for flinging dirt, and that he had been doing this since he was a kid.

69.     Law enforcement asked Garza where he had been earlier in the evening, to which Garza replied that he had been at his mother's house.  Garza explained that he went from his mother's house to his grandmother's house.  When he was further questioned about his whereabouts, Garza added that he stopped at 7/11 on the way from

his mother's house to his grandmother's house, where he bought snacks and a charger.

70.    When asked if Garza went anywhere else on the evening of December 22, 2025, Garza declined to answer any further questions without the presence of an attorney, and the interview was terminated.

## **CONCLUSION**

71.    Based on the facts as set forth in this affidavit, there is probable cause to believe that beginning no later than November 22, 2025, through on or about December 22, 2025, in the Dallas Division of the Northern District of Texas, the defendant, John Michael Garza Jr., did knowingly attempt to provide material support and resources to a foreign terrorist organization, ISIS, in violation of 18 U.S.C. § 2339B.

Respectfully submitted,

Daniel Schorfheide
Special Agent
Federal Bureau of Investigation

Agent sworn and signature confirmed in my presence pursuant Federal Rule Criminal Procedure 4.1(d)(3).

BRIAN W. MCKAY
UNITED STATES MAGISTRATE JUDGE